The Order below is hereby signed:

Signed: May 21 2019



                                               S. Martin Teel, Jr.
                                               United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Jacqueline D White, DEBTOR | CASE NO. 19-00208-SMT |
| | TRIAL DATE: May 23, 2019 |
| Bryan S. Ross, TRUSTEE | CHAPTER 7 |

**ORDER TERMINATING AUTOMATIC STAY**
**Real Property at 5111 13th St NW, Washington, D.C. 20011**

    Upon consideration of the Motion for Relief from Stay filed by the THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1, Movant (Nationstar Mortgage LLC), Servicer, for good cause shown, and no opposition having been filed thereto, it is:

    ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated November 14, 2006, and recorded among the land records of District of Columbia

as Instrument Number 2006164879 and secured by the real property of the Debtor at 5111 13th St NW, Washington, D.C. 20011; provided, however, that any surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate;  and, it is further;

ORDERED, that this relief shall excuse the Movant, its successors and assigns, from filing notices of payment change under Bankruptcy Rule 3002.1; and it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

Copies to:

Jacqueline D White
5111 13th Street
NW Washington, D.C.  20011

Copies were sent electronically via the CM/ECF system to Sherrie A. Smith, Attorney for Debtor and Bryan S. Ross, Trustee.

United States Bankruptcy Court
District of Columbia

In re:  
Jacqueline D White  
    Debtor

Case No. 19-00208-SMT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: May 21, 2019  
                         Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db            +Jacqueline D White,    5111 13th Stree, NW,    Washington, DC 20011-6911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:  
            Bryan S. Ross     ysnore@aol.com, bross@ecf.axosfs.com  
            Dinh Ngo     on behalf of Creditor     THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 dngo@mwc-law.com  
            Sherrie A. Smith     on behalf of Debtor Jacqueline D White sas999@aol.com, r46363@notify.bestcase.com  
            U. S. Trustee for Region Four     USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                                                       TOTAL: 4